UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERCIA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 08-62** |
| **STEVEN DARRYL HARRIS** | **SECTION: "S"** |

### ORDER AND REASONS

**IT IS HEREBY ORDERED** that defendant's **Motion for Early Termination of Supervised Release** (Rec. Doc. 62) is **GRANTED**, and defendant's term of supervised release is hereby terminated.

### BACKGROUND

Defendant is currently under supervision in this court in connection with his conviction upon his plea of guilty to two counts of distribution of cocaine base (crack cocaine), two counts of distribution of cocaine within 1,000 feet of Southern University of New Orleans, and one count each of possession with intent to distribute cocaine hydrochloride and possession of a firearm in furtherance of a drug trafficking crime. On September 9, 2009, the court sentenced defendant to 180 months imprisonment and imposed a ten-year term of supervised release. Following the grant of defendant's motion to reduce sentence under 18 U.S.C. 3582 based on the retroactive application of Sentencing Guidelines to crack cocaine offenses, defendant's sentence was reduced to 138 months and his term of supervised release reduced to eight years.

Defendant was released from prison on June 4, 2019. As of today, he has served approximately 49 months of supervised release.

Defendant has now moved for early termination of supervised release, stating that he has been on supervised release for over four years and has maintained good conduct, that he is an owner/operator at One Hundred Trucking, that he has maintained a stable residence and involved himself in community projects, and that he has never failed a drug screening or failed to report as required to his probation officer.

Defendant's probation officer does not oppose early termination, and the United States of America has represented that based upon its discussion with the probation officer, it also does not oppose early termination.

## DISCUSSION

Under title 18, section 3583(e)(1) of the United States Code, a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release ... if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice," after considering the factors set forth in 18 U.S.C. § 3553(a). Those factors include the nature of the offense, the history and characteristics of the defendant, the need for the sentence to deter criminal activity, the need to protect the public, the need to provide the defendant with educational or vocational training, and the kinds of sentences and sentencing ranges available. 18 U.S.C. § 3553(a).

The court has considered the applicable factors, and finds that termination of supervised release is warranted by the conduct of the defendant and the interest of justice. Undoubtedly, defendant's offenses were serious. However, defendant has succeeded in maintaining gainful employment, becoming the owner/operator of his trucking business. The defendant also has

committed no probation violations in his four years on supervised release, and had no positive drug tests. The court has consulted with defendant's probation officer who supports early termination, and the United States also does not oppose early termination. Taken together, these facts convince the court that continued supervision will provide no additional deterrence of criminal activity or protection to the public. The court further finds that the conduct of defendant and the interest of justice weigh in favor of early termination. Accordingly,

**IT IS HEREBY ORDERED** that defendant's **Motion for Early Termination of Supervised Release** (Rec. Doc. 62) is **GRANTED**, and defendant's term of supervised release is hereby terminated.

New Orleans, Louisiana, this  30th  day of June, 2023.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**